Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Craig A VanNess <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> MONROE COUNTY <br> Rick Ramsey Sherriff <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☐ Yes ☐ No <br><br> FILED BY_____D.C. <br> DEC 1 3 2024 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S. D. OF FLA. - MIAMI |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Craig A VanNess_

Address _5537 College Rd_

_Key West_    _FL_    _33040_
City      State      Zip Code

County _Monroe_

Telephone Number _305-304-5965972_

E-Mail Address _craigvanness87 0 Gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Rick Ramsey sheriff_

Job or Title (if known) _Sheriff_

Address _High point RD_

_FL_    _33070_

_plantation key_    State    Zip Code
City

County

Telephone Number

E-Mail Address (if known)

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name

Job or Title (if known)

Address

     City      State      Zip Code

County

Telephone Number

E-Mail Address (if known)

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ALL of my RIGHTS ARE violated - Reading my mind from SKY - Gang stalking. loss eye sight Neuralink to connect my brain.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

refused to believe me. Refused to investigate
Life threatening tortuRE electronically

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Began when I was in nursing home in Reno. NV
continued + got worse in colorado still happening
In FLORIDA

B.   What date and approximate time did the events giving rise to your claim(s) occur?

nov - Dec - 2019

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Im being tortured because im illegally siezed
and me being on internet as sex offender
wrongfully puts every person in amerrica 4th
Amend. in Siezure cause im immune from
Prosecution. they stalk me - read my mind
I cant eat sleep they control my Dreams
Stealing my eye sight locked on to optic
nerve. its torsure isolate me from everyone →

Page 4 of 6

by lying to everyone - torture women that like me keeping me alone cant even take shit or jack off with out being tortured.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

need medical evaluation to see what damages have been done I have Liver ulcers kidney problems

### V.       Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

20.000

According to Federal guidlines any one who P.ssmsses claim of torture doesnt investigate IS Liable for 20,000 claim of damages,

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     12·13·24

Signature of Plaintiff     _____

Printed Name of Plaintiff     Craig VanNess 87 @ Gmail .Com

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

                     City                State          Zip Code

Telephone Number     _____

E-mail Address     _____

# TABLE OF CONTENTS

Electronic Torture Act ............................................................................................................... 2

   A: ͽ2340C The Legislature finds and declares the following: ........................................ 2

   B: Definitions of Electronic Torture: ............................................................................... 5

   C: Laws for Legislation ...................................................................................................... 6

   D: Special Task Force ......................................................................................................... 11

   E: Removal, redacation, and alterations of Acts/Mandates currently in place ............ 13

   F: List of Violations of State and Federal Crimes........................................................... 14

Articles/PDF Files......................................................................................................................... 24

Videos ........................................................................................................................................... 28

Patents ......................................................................................................................................... 29

Charts, graphs, statistical studies, surveys and frequencies harmful to bodies .................... 38

Audio Evidence ............................................................................................................................ 40

# ELECTRONIC TORTURE ACT

THE PEOPLE OF UNITED STATES OF AMERICA AND CITIZENS OF NEVADA DO ENACT AS FOLLOWS:

U.S. Code: title 18 part I Chapter 113C 2340C Electronic Torture Act

ӡ 2340C This chapter shall be known and may be cited as the Electronic Torture Act

## A: ӡ2340C THE LEGISLATURE FINDS AND DECLARES THE FOLLOWING:

(a)    A corrupt organization centrally coordinates an abundant of crimes against an individuals' knowing and willingly course of conduct that inflicts extreme and inhumane pain and suffering on a specific person by impetuously and covertly inflicting grave bodily injury for the rest of the victim's life. These injuries are mostly imperceptible or often seem to have naturally occurred and are perpetrated in such a sophisticated and malicious method as to render the victim's torture complaint perceived as delusional or paranoid. Prior to the enactment of this chapter, the police and federal agencies have instantaneously dismissed the victim's complainants presumptuous that the victims are delusional or paranoid and are mistakenly detaining the victim's in psychiatric institutions for observation. Electronic Torturing has a major influence on an individual's health; it can cause memory loss which transforms into early Alzheimer's, and attributes into cell damage of the brain.  It can cause rape of an individual, sleep deprivation, ptosis of the eyelids, irritable bowel syndrome, destroys the nervous system, respiratory system, muscular systems and Neurological system of a victim or person. It can cause nausea and a feeling of malaise, tinnitus, tremors, seizures, radiation which in return can cause cancer, destroy human tissue, cortical and autonomic consequences, heart attacks, depression, mania, anxiety, phobia, ear damage, auditory nerve damage, produces muscle spasms, damage to the auditory cortex, irrational behavior, and physical damage to organs. It also may perhaps penetrate to the vestibular organ with sufficient strength for stimulating the exquisitely sensitive vestibular hair cells. Nose Bleeds, Loss of balance, seizures, and headaches, rectal bleeding are also symptoms that may occur due to the connection of the

brain through the neural circuitry and central nervous system. Although no one knows what causes Parkinson's disease it is possible that radiation and microwave attacks can be a leading role and Morgellons disease can also be included within and produce side effects from the non-lethal weapons that produces sever itching, burning sensations, and cause an adverse effect to form silk like substance to emit out of a person's or individuals body.

(b)     The purposes of electronic torture are known to alter the human mind and behavior without authorization and consent of the person. Electronic Torture is a form of psychological warfare and social engineering tactics that alters the persons thoughts views and perspectives and religious beliefs. It also a form of video voyeurism that sexually assaults the victim or person to Violate their privacy, their privacy, first amendment rights, perform cruel and unusual punishment under the eight amendments. The 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, and 10th, amendments are all being violated. The use of Electronic Torture through electronic weapons, electronic devices and non-lethal weapon systems allows the victim to be discredited when filing a complaint to any law enforcement and federal agencies. The victim of Electronic Torture is forced involuntarily into mental institutions and forced on medication by the court systems without taking a proper report or providing a proper investigation. Altering the mind and behavior of a person is inhuman, interfering with neurological receptors of the brain circuits and direct access to the memory, to lose functions and capabilities of a person's body. Discrediting any nonconsensual person or experimentation subject, punishing the victim for crimes that the victim has never committed or prosecuted by a judge, jury or tried in court. Electronic Torture is used to coerce the victim under control and manipulation of the torturers organizations and force the victims to do vicious acts upon society that the victim's do not want to commit but are manipulated to commit through the psychological warfare and social engineering tactics. Through the use of non-lethal weapons, electronic devices and electronic weapons systems remotely induce, control, and influence a victims or persons body function and body movement, through different methods such as movement pairing, motion-to-motion capture, and manipulation of the nervous system.

(c)     Electronic Torturer perpetrators intentionally select survivors of abuse, so the victims are easily controllable, victims with disabilities so they cannot earn a proper income, afford assistance and support. Victims

who have committed crimes in the past whether they be misdemeanors, traffic violations, lower economic status, so the victim cannot afford the appropriate help they need by funding or resources given to them by the public. Through the process of which Electronic Torture is organized slander and defamation of character is often used on the victim or person and provides hardships on the victim's lives. Electronic Torture wreaks havoc on a victims and their family's life. It causes families to disfunction and isolate victims or person from their loved ones, which causes separation from family, divorces, terrorizations to loved ones and recurring emotional hardships. Electronic Torture produces financial hardships and unpredictable medical expenses, that can drive an individual to loss of income by getting victims or person by forcing untimely employment separations and early termination. Electronic Torture forces the victim or person to move, by using non-lethal weapons, electronic weapons and electronic devices and frequently cause homelessness. Electronic Torturers serves' the purpose of extra-judicially punishing the victim or person with the use of electronic weapons, electronic devices, and non-lethal weapons, till either victim or person is killed as a result of injury caused by the weapons systems or the victim or person commits suicide as a result of withheld assistance, support, and investigation by law enforcement and federal agencies.

(d)     Electronic Torture is an invasion of privacy and considered crimes against humanity and is mass genocide. Using Electronic devices, It can result into identity theft, access to bank accounts, stolen social security numbers, embezzlement, and fraud. Using electronic devices can affect a victims or persons computer by hacking computers, laptops, Tablets, cellular devices, landlines and alter social media accounts, emails, photos, images, and videos. Electronic Tortures can access home security systems, vehicles and put an individual's life or lives of other individuals into danger, by using electronic devices, non-lethal weapon systems, electronic weapons, IR sensors, and RFID. Electronic Torture has a detrimental effect on society, the use of electronic weapons and electronic devices can alter and manipulate voter fraud and manipulation, mental health crisis and steal the victims or persons intellectual property. By the use of electronic devices, the Electronic Torturers can break into a victim or persons home, vandalize, steal, and destroy the victims or persons personal property. The Electronic Torturers can inflict harm and injury on pets and animals, through the use of non-lethal weapons, electronic weapons, RFID (Radio Frequency Identification) chips and electronic devices. The Electronic Torturers can drug or poison a person, victim, or pet as well.

(e)     Through different forms of technology, planes, drones, aerial and vehicular units, BCI, HCI, AI, AU, AR, VR, Holograms, Projections, Wireless Communications (5G, 2.4ghz), Bluetooth, ULF, UHF, VHF, VLF, Radio Towers, Radio Frequencies, Scalar Waves, Sonic Energy, Solar Energy, lasers through the use of telecommunications in the forms of waves, beams, pulse, streams, signals, and directional antenna systems are the means of which the criminals are using on the victims of electronic torture. The criminals are using different technologies with computers, networks, virtual machines, smart and interactive hub systems, cloud services, virtualization systems, wireless technologies, MVON (Mobile Virtual Operating Networks), Cryptocurrency, bit coin, remote access, to all forms of the victims electronic devices, communications, and electronic transactions. With help from law enforcement technologies/software, firearm management/control systems, broadcasting systems, remote/online access, criminals can access the network using Radio Frequencies to attack the victim with different forms of electronic devices, non-lethal weapon systems, and lethal weapon systems.

## B: DEFINITIONS OF ELECTRONIC TORTURE:

In order to secure exemption surrounding organized violence, torture organizations continually engineer and can commit new, diverse, inventive, and sophisticated covert forms of subjugation violence by law enforcement agencies and the given techniques of crime prevention, under the guise of Brain Initiative Act, Energy Efficiency Act, Pre-crime, Intelligence-LED Programs, Facial Recognition Systems, Automated License Plate Readers, Automated Fingerprint Identification Systems, CP3, and more. Acts that constitute as "Electronic torture" under this chapter shall be prosecuted, even if acts of Electronic Torture occurred before January 1, 2022. This Legislature's purpose is to prevent any and all forms of organized violence, which have escaped law enforcements and federal agencies detection and prosecution.

ɡ2430.5 For the purpose of this chapter the following definitions apply:

(a)     "Organized Stalking" means the systematic surveillance and harassment of a specific person by a multitude of conspirators, centrally coordinated by an organization, company, business, third party contracts, departments, agencies, associations, or conspired organizations.

(b)      "Harassment" means a knowing and willful course of conduct directed at a specific person that extremely alarms, annoys, torments, and terrorizes the person, that serves no constitutional purpose.

(c)      "Person" means an individual not an entity.

(d)      An "Electronic weapon" means a device lethal or non-lethal weapon from which an electrical current, pulse, beam, wave, signal or sound wave that is directed and who's current, pulse, beam, wave or sound wave designed to incapacitate, injure, maimed, assault, rape or murder a person or persons.

(e)      "Non-lethal weapon" means a weapon which is explicitly designed and developed to incapacitate or repel a person/s, with low probability of fatality or permanent injury, to disable equipment with minimal undesired damage or impact on the environment, nature, and a person/s body.

(f)      "Lethal weapon" means a deadly weapon. Any firearm/control/management system, electronic device, instrument, material or any other substance that is capable of producing great bodily harm or death from the manner it is used or intended to be used may be referred to as a lethal weapon.

(g)      "Electronic devices" means are components for controlling the flow of electrical currents, pulse, wave, beam, energy for the purpose of information processing and system control with the use of electronic and wireless equipment.

## C: LAWS FOR LEGISLATION

§2340.5 A person is guilty of Electronic Torture if a person committed, commits, or attempted to commit the underlying offenses as described as follows:

(a)      Knowingly, willingly, puts a person under organized and systematic surveillance, sophisticated, and convert methods include but are not limited to the following offenses and conduct:

1)      Implanting any form of electrical devices or using any form of sound wave, wave, pulse, beam, stream, or signal on a person without authorization or consent in order to track movement or location of such person without a warrant.

2)      Unauthorized access to a person's computer, computer system, biological data, biometrics, tablets, mobile device, Bluetooth , tv's, wireless connections through the use of radio frequencies, signals, tones,

sounds, waves, beams, pulse, signals against known person with Interception of listening of that person's tele-communications and electronic communication means.

3)    Offenses relating to the act of eaves dropping on that person using a form of electronic devices that produce a wave, pulse, beam, signal, tone, or soundwave.

4)    The use of any electrical tracking device to determine location or movement of that person.

5)    Trespassing on that persons property, place of living, residence, vehicle, storage unit, boat slips or place a person pays to store personal property outside of their home or residence.

6)    Placing eaves dropping devices, video devices, video recording devices, audio devices inside or outside a person's home or place of residency without consent or authorization of such person the eaves dropping device is intended or warrant through the court.

7)    Installing remotely or otherwise video recording software in the mobile phone, the computer, tablets, laptops, TVs, gaming systems, printers/fax machines, or any other electrical device of the persons Cohabitant or personal property a person owns/rents/residency or living quarters.

8)    Unauthorized searching through that person's belongings to gain further information.

9)    Interception, Delaying, stealing or misdirecting mail.

10)    Soliciting others to commit organized surveillance with the use of non-lethal weapons, electronic devices, and lethal weapons against that person. This subdivision is not applicable to a law enforcement officer who conducts surveillance with a valid warrant issued by a judge. However, a law enforcement officer who conducts the above unlawful acts of organized surveillance with or without a valid search warrant in a malicious manner can and will be prosecuted.

11)    Defamation of a person's character online and or throughout the community.

12)    Soliciting directly or indirectly, attorneys, peace officers, doctors, medical professionals, judges, courts, not to represent that person for violations of that personal civil or basic human rights giving out false legal information to that person in order to discourage that person from protecting his or her rights.

13)    Soliciting directly or indirectly psychiatrists or psychologist to give that person the wrongful diagnosis of delusional disorder, schizophrenia, paranoid delusion disorder, or any mental illness or psychosis.

14)    Vandalizing a person's vehicle, home, place of living, personal effects and or belongings.

15)     Offenses relating to a direct or implied threat with the intent to place his or her fear for his or her safety or the safety of his or her immediate family and friends.

16)     Impersonating federal agents, peace officers or stating that you are a government employee to gain control of a situation and force the person to commit such a crime by intentionally giving the person false information and legal advice.

17)     Electronic weapon, electronic device, or non-lethal weapon system, where injuries are often invisible and cannot be seen by the naked eye: that acutely or chronically damages the internal organs of another person, deleteriously interrupts or impairs the bioelectric functioning of the persons brain, heart and human muscle, human cellular damage in a way that causes an acute health risk to the person or inflicts severe pain on that person.

18)     When an electronic device, non-lethal weapon, or electronic weapon is transmitted by a wave, pulse, beam, sound, signal, or sound wave through a structural structure separating different levels of a building with aid, radar, sonar, or other devices, to visualize objects through a wall so that the victim or person is visible to the naked eye of the victim or person.

19)     Anyone in possession or remote access to military grade weapon systems both lethal and non-lethal that does not belong to the United States Military and active duty position can and will be prosecuted.

20)     No third-party contractors of all law enforcement, federal agencies, business, companies, non-profit organizations, civilian armies, should be granted access to military grade weapon systems of both non-lethal or lethal, firearm management and control systems for means for possession and testing purposes.

21)     Military personnel, and departments who have granted access to the military weapon systems of a non-lethal and lethal manner must post a list of names and have it updated and released every 3 months to the State of Nevada and made public record available for access.

22)     Any military grade weapon systems lethal and non-lethal, Artificial Intelligence programs, Virtualizations systems, Augmented Reality technology, RFID, IR sensors, electronic devices, Bio-sensors, Mind mapping, Neural technology must have written consent and permission. The person volunteering will be compensated and all medical issues that arise will be paid for.

b: A peace officer or federal agencies is guilty of facilitating Electronic Torture if the officer knowingly obstructs the administration of justice by any of the following:

1)      Misleading his or her law enforcement agency to believe that an Electronic Torture complaint is delusional or paranoid, or any of form of mental illness psychosis, dismissing the complaint, and detaining the complainant in a psychiatric institution even when the complainant is not in danger to him, herself or others, and the complainant can take care of his, her food, housing, and clothing.

2)      Misleading his or her law enforcement agency to keep the complaint Electronic Torture under police harassment surveillance instead of keeping the criminal organization that commits Electronic Torture under police surveillance.

3)      A peace officer, firefighter, doctor, emergency technician, who uses his or her badge to do acts that is considered malicious, torturous, with an electronic weapon, non-lethal weapon, electronic device or falsify reports upon that person Violations of subdivision ǥ2340.5 is punishable by imprisonment for not less than 5 years not more than 10 years.

1)      Ten years should be added to the imprisonment term if the victim has a child and the child or children under the age of 18 years of age of the victim has been tormented by Electronic Torture program or illegal surveillance.

2)      If the prosecutor proves that the defendant perceived that the victim was a person with a psychological disability or a child abuse survivor before or while committing the organized stalking five years should be added to the sentence.

3)      A person who leads, controls, administrates, organized or is in command of electronic torture shall be sentenced not less than 20 years imprisonment and fined not less than fifty thousand dollars (50,000) and not more than one million dollars (1,000,000).

4)      A law enforcement officer or agent, emergency technician, doctor who leads, controls, administers Electronic Torture or and is in command of organized stalking shall be sentenced not less than 30 years imprisonment and not more than 50 years imprisonment and fines not less than one hundred thousand dollars (100,000), not more than 2 million dollars (2,000,000).

5) A) A peace officer or federal agent who immediately dismisses an Electronic Torture complaint simply because the complaint resembles the diagnosis description of mental illness or psychosis shall be fined twenty thousand dollars (20,000) per dismissal and be given to the victim, person, or complainant.

B) A peace officer, federal agent, emergency technician, doctor who detains the Electronic Torture complainants in a psychiatric ward or institution simply because the Electronic Torture complaint appears delusional, paranoid even though the complainant is not in any danger to himself, herself and others and can take care of his or her food, housing, clothing shall be fined an additional twenty thousand dollars (20,000).

C) The fines should be paid out of the medical physicians, emergency technicians, law enforcement pockets and not through the unions or the state.

6) A peace officer, federal agent, emergency technician, doctor shall not be indemnified for fines imposed under this section.

7) Any and all law enforcement or federal units, systems, watchlists and alike that are intended to keep persons with psychological disabilities weather perceived or actual, under law enforcement or federal surveillance shall be completely abolished. A person who is responsible for establishing a psychological disability profiling law enforcement practice shall be permanently barred from being employed as a law enforcement officer by any public entity and shall be punished with a fine to one hundred thousand dollars (100,000). Half of the proceeds collected under shall be distributed to the state and half should be distributed towards the victim.

8) No income and asset consideration or status with the community shall be made in determining the imprisonment term.

9) A mental health professional or medical doctor who purposefully or knowingly facilitates conceals or legitimizes Electronic Torture or organized stalking by giving a wrongful, false, diagnosis or any similar mental illness psychosis to the victim of Electronic Torture or organized stalking, if the evidence concerning physical injury sustained by an Electronic Torture or organized stalking is not readily available or by tampering with medical evidence concerning physical injury sustained by an Electronic Torture victim shall be subject to the following:

A) Permanent revocation of his or her professional license.

B)      A fine of not less than thirty thousand dollars (30,000) and not more than one hundred thousand dollars (100,000) one half of the proceeds go to the state the half of the proceed go to the victim.

C)      Imprisonment for a minimum of three years (3) not more than ten (10) years.

D)      If the victim of the wrongful psychiatric diagnosis is a child abuse survivor or a person with a psychological disability who has a legitimate diagnosis, other than the wrongful diagnosis the fine shall be not less than forty thousand dollars (40,000) and not more than two hundred thousand dollars (200,000).

E)      A mental health professional, medical doctor that is employed by the government or appointed by the court is also subject to this section and shall not be granted any immunity for the offenses in this act either qualified or absolute.

F)      A mental health professional or a medical doctor who discovers indirect or direct evidence of organized torture must report that evidence to the proper law enforcement or federal authorities in a manner similar to the mandated child sexual abuse reporting. A failure to report shall result in revocation of the persons professional licenses.

## D: SPECIAL TASK FORCE

We the people of the United States of America would like to recommend and put forth a special task force be set into place to investigate electronic devices, electronic weapons, and non-lethal weaponry that is being used against the United States Citizens and Nevada Citizens. This special task force that conducts the investigation on the victim of Electronic Torture will not attach to any of these departments: FBI, CIA, DHS, NSA, DoD, D.O.J. or law enforcement agencies.  The special task force will be a different department, called Electronic Torture Investigations (O.T.I) meant only to investigate the victims of Electronic Torture and Havana Syndrome victims. Within this Special task force, they will be responsible for the following:

1)      "FMRI scans of the victim's whole body with and without contrast." This will prove any abnormalities or damage done to the body by the non-lethal weapon systems, electrical devices, and electronic weapons, and prove the locations of the Brain that is being attacked and white masses shown.

2)      "Full body X-ray" The purpose of a full body x-ray is to determine such factors as implants.

3)      "Blood Analysis" It is known that electronic weapons, electronic devices and non-lethal weapons alter the victim's body. With certain tests run a victim has results of High lipids, low salt, high cholesterol, radiation levels, poisons and Nano technology. Simple Blood test and analysis can be drawn and also tell the electron count in the blood cells and prove the paramagnetic in the blood cells, with conjunction to the non-lethal weaponry that is being used on a person or individual. This will also help prove that the victim is being tortured through Electronic Torture.

4)      "RF detectors" The special task force will be responsible for going to the victim's home and investigating radio frequencies that are against FCC and EPA levels and regulations.

5)      ELF-EMF Field meter- .1 – 199.1 gauss

6)      Handheld RF frequency detector

7)      Wireless UHF, RFID scanner, reader, writer, scan

8)      UV light- 385 nanometers-400 nanometers

9)      Night Vision Scope

10)     Toxicology report

11)     Handheld metal detector

12)     Portable spectrum analyzer 3g and 6g

13)     H-Scala testing

14)     H-SCADA Testing

15)     3 in one digital dental CT scan.

16)     "Network Analyzer" will pick up lower and higher frequencies, and prove hacking and cyber crimes.

17)     "Real Time Spectrum Analyzer" will show the signals that are being used on the victim of Electronic Torture, and radio frequencies that are being used for broadcasting through FM/AM bandwidth and Radio frequencies.

18)     "RF spectrum analyzer" The special task force can run an analysis and pick up electromagnetic radiation and the respective wavelengths.

19)     "Computer technicians" investigate if a victim's phone, computer, laptop, or tablet has been hacked into or being traced and monitored. The technicians can trace signals and addresses to locate the perpetrators and criminals.

20)   "Audio surveillance, and subliminal acoustic fingerprinting" It has been proven once the audio, video and phone conversation is stripped the victim can hear the perpetrators and pick up the signals that are being used to torture the victim. The perpetrators use this to communicate with the victim and other associates of the Electronic Torture against the victim. This is an assured way to prove that the victim is being tortured by electronic weapons, non-lethal weapons, and electronic devices. Along with audio surveillance the special task force can analyze a phone conversation and hear the perpetrators on the other end of the phone conversation.

21)   "Triangulate signals and positions" Once the audio is confirmed the special task force can locate and track a signal to locate the perpetrators or criminals.

22)   "Flight Pattern/Drone surveillance" Electronic Torture use different techniques to harass, destroy, invade, stalk, assault, and torment the victim. If drones are being used to carry out Electronic Torture, there must be laws set in place to assure the victims safety.

23)   "Camera surveillance" will be put up as security measures for the victims of Electronic Torture. With a monitoring system to evaluate any harassment by the perpetrators or criminals. Perpetrators and criminals often break into homes of their victims and remove items, destroy property, destroy vehicles and torture pets. The monitoring system will catch the perpetrators in action and will be able to prosecute in a legal manner.

The special task force will be subjected to the same punishment as stated above for any Violations of subdivision ǥ2340.5.

## E: REMOVAL, REDACATION, AND ALTERATIONS OF ACTS/MANDATES CURRENTLY IN PLACE

We the United States Citizens, demand immediate Investigations and removal of these Acts on violations of Rules and Laws from all Government, Federal, Military, and Nautical Law as they violate the Law of the Land, the Constitution of the United States of America, Amendment Rights, and have multiple Federal law violations:

1.   Patriot Act

2.   Cures Act

3.      Espionage Act

4.      B.R.A.I.N Incitive Act

5.      Energy Efficiency Act

6.      Pre-Crime Program

7.      CP3

8.      Facial Recognition Systems

9.      Intelligence-LED Program

10.     Drones, airplanes, aerial units with authorization of military grade lethal and non-lethal attached.

These Acts in place violate Human Rights on United States Citizens that include Mass Genocide, Genocide, Human/Child Sex Trafficking, Torture, Rape, Sexual Assaults, Pedophilia, War Crimes, Psychological Warfare, Espionage, Domestic/Terrorism, Abuse, Assault, Intimidation, Abuse of Power, R.I.C.O, Insider Trading, Gain of Function Research, Cyber Warfare, Cyber Security, Hacking, and the Federal Laws that are listed below on United States Citizens. The Companies, Corporations, Departments, Third-Party Contractors, Divisions, Agencies, Military Branches, Businesses, Institutions, Law Enforcement Agencies, and all associations, are all connected and included in the violations with association in crimes that is decreed against the United States Citizens.

## F: LIST OF VIOLATIONS OF STATE AND FEDERAL CRIMES.

**US CONSTITUTION**

Preamble of the US Constitution.

Article III section 3

**BILL OF RIGHTS**

Amendment I

Amendment IV

Amendment V

Amendment VI

Amendment VIII

Amendment IX

Amendment X

Amendment XI

Amendment XIII

Amendment XIV: section 1,

## 18 US Codes

## Chapter 2 – Aircraft and Motor Vehicles

Code 33- (a)

Code 35- Imparting or Conveying False Information (a),(b)

Electronic Torture uses public transportation and governmental transportation to harass, follow, and control the victim. They make it unbearable for victims to go shopping for food, doctor appointments, work, and it is unconstitutional for the life liberty and the pursuit of happiness of the victim of Electronic Torture. Aerial units, planes, Drones, are used against the victims with US and Federal protections. Allowing sex trafficking to occur and are taking part in the assaults, rape, against the victim/s, families, friends, associates, which violate Human Rights. With the use of Non-lethal Weapon Systems, Lethal Weapon Systems, Electronic Weapon Systems, Ultra/Sonic Weapon Systems and Bionic Weapon Systems.

## Chapter 3- Animals, Birds, Fish and Plants

Code 43- Force, Violence and Threats Involving Animal Enterprises- (A), (B), (C)

Code 48- Animal Crush Videos (1)

Electronic Torture victims often have their pets harassed and tortured as well. Perpetrators use an electronic weapon, electronic devices, and non-lethal/lethal weapons systems to cause stress on pets and traumatize

animals, insects, mammals, and all living creatures. Often Crimes include, Breaking and Entering, Theft, Murder, Animal Cruelty, Assault, on the victim/s and all creatures. Causing sever suffering, abuse, and pain on the animal, pets, and all creatures with the use of weapon systems.

## Chapter 7- Assault

Code 113- Assaults within Maritime and Territorial Jurisdiction- (a) 1,2,3,4,5,6, & 7

Code 114- Maiming within Maritime and Territorial Jurisdiction

Code 115- Influencing, Impeding, or Retaliating against a Federal Official by Threatening or

Injuring a Family Member-1 (A) (B), 2

Code 116- Female genital mutilation

Code 117- Domestic Assault by an Habitual Offender- (a) (b)

Code 118- Interference with Certain Protective Functions

Code 119- Protection of Individuals Performing Certain Official Duties

Electronic Torture often uses electronic weaponry on the victim to commit such malicious acts. The perpetrators use this technology because it is unidentifiable to the naked eye. They use this type of technology because it is unknowledgeable to law enforcement agencies. It does great bodily harm to victims, leaves bruises, burn marks on the skin, causes harmful radiation after a long period of time of which causes cancer, tremors, seizures and even heart attacks to kill the victim. Non-lethal weapons, electronic devices, electronic weapon systems also cause Neurological issues, Spasms, strokes, Nausea vomiting, effects organs, Respiratory distress, loss of body functions, It also can be used to put a person in a state of paralysis as well. The Havana syndrome was also caused by non-lethal weapons, electronic weapons and electronic devices on the Chinese and Cuban Diplomats.

## Chapter 9- Bankruptcy

Code 152- Concealment of Assets; False Oaths and Claims, Bribery

Code 153- Embezzlement Against Estate

Electronic Torture victims are often harassed due to money or their estates. The perpetrators and criminals file false complaints to law enforcement, doctors, medical professionals to receive the power of attorney and make the victim lose control of all their assets by a false mental diagnosis.

## Chapter 11B- Chemical Weapons

### Code 229-Prohibited Activities

Electronic Torture can be done in so many ways and actions. If these actions are carried out by government employees, they have access to certain technologies and chemicals that are not usually normally available to the public. Especially if they are military members acting against a spouse, ex-wife or ex-husband. They can hire and give these chemicals to other perpetrators to carry out their actions. Electronic Torture is very structural whether it is carried out nanotechnology, poison sprays, lethal, non-lethal weapons, electronic devices, and electronic weapon systems.

## Chapter 12- Civil Disorders

### Code 232- (1) Definitions

Electronic Torture victims often at times put on a performance and act out scenes and infuriate the victim with organization of flash mobs. They play loud music continuously even through the night to irritate and disturb the peace of the victim. The perpetrators will cause scenes at a gas station, store, workplace to get the victim into trouble with either law enforcement authorities or to get the victim falsely arrested or even fired from work.  The victims can retaliate against next door neighbors because the technology that is being used on them provides, psychological warfare, on the victim to falsely accuse by the form of gaslighting.

## Chapter 13- Civil Rights

Code 241- Conspiracy Against Rights

Code 242- Deprivation of Rights under Color of Law

Code 246- Deprivation of Relief Benefits

Code 247- Damage to Religious Property; Obstruction of Persons in the Free Exercise of Religious Beliefs

Code 249- Hate Crime Acts

Electronic Torture is the very definition of conspiracy against rights. The perpetrators threaten the victims' life, family members and even friends. The perpetrators destroy the victim's personal vehicle and may also try to cause a victim into an accident on the road and put the victim's life and lives of other people into danger. With certain electronic weapons the can cause and inflict pain and suffering on the victim on a daily basis, so the victim never enjoys a day in their life. They make the victim lose faith in their God and prevent them from practicing their faith. The perpetrators can also use electronic and non-lethal weapons to sexual assault a victim. Some of the perpetrators or criminals use this technology to get a person of interest to move because of their race, color, religion, ethnicity, age, gender, which is the definition of a "Hate Crime".

## Chapter 19- Conspiracy

Code 371- Conspiracy to commit offense or to defraud the United States.

Code 373- Solicitation to Commit a Crime of Violence

Electronic Torture groups often claim themselves to be perpetrators hired by the government, government agencies, government employees or government authorities that technique is used so the perpetrators can never be prosecuted, and the victim is terrified to even come forward. Just the assumption or accusation of the local enforcement not helping the victim causes the victim to feel a thought of hopelessness, detestation towards the government system, and loathing for local officers. The perpetrators can force the victim to cause harm to another person by giving the victim untruthful information on who the perpetrators are.

## Chapter 26- Criminal street gang

Code 521- Criminal Street Gangs (has to be 5 or more people)

Gangs consist of 5 or more persons. Electronic Torture is a group activity of perpetrators set out to harass, torture, injure, rape, assault, kill or make the victim commit suicide.

## Chapter 31- Embezzlement and Theft

Code 641- Public Money, Property or Records

Code 661- Within Special Maritime and Territorial Jurisdiction

Code 662- Receiving Stolen Property within Special Maritime and Territorial Jurisdiction

Electronic Torturers often are family members of the victims' life. They would like to retaliate on the family member for an action the victim did or occurred, Just like chapter nine. The perpetrators will often harass the victim if the victim came into a family inheritance. The perpetrators will drive the victim into insanity and receive power of attorney and gain control of the victims' assets.

## Chapter 50A-Genocide

Code 1091- Genocide

Electronic Torturers often go after victims that are part of a group, community and different religious communities. The perpetrators can attack institution leaders and force the community to close down due to threats on family members, friends, and the victim itself. The perpetrators will demolish property, vehicles, and homes to get the perpetrators awareness transversely to the victim. Often times the group of attackers, criminals are of a sadistic nature, and believe in Satanism, satanic rituals, belong to cult like organizations, and believe that population control is necessary.

## Chapter 51- Homicide

Code 1111- Murder

Code 1112- Manslaughter

Code 1113- Attempt to Commit Murder or Manslaughter

Code 1117- Conspiracy to Murder

Code 1119- Foreign Murder of United States Nationals

In Electronic Torture The perpetrators often systematically and maliciously design the victims' death. The perpetrators often use electronic devices, non-lethal weapons and electronic weapons on the victim to drive the victim into insanity the perpetrators know that the victim will not go to the police for fear of retaliation the victim will lose all hopelessness and commit suicide.

## Chapter 71- Obscenity

Code 1464- Broadcasting Obscene Language

Code 1470- Transfer of Obscene Material to Minors

The perpetrators of Electronic Torture often use electronic devices that broadcast statements through means of radio communications, cell towers, soundwaves, transmissions, any form of internet capabilities, and is even possible from satellite transmission as well. Perpetrators send messages through the frequencies such as death threats, racial slurs, and hate crimes towards the victim. If the victim has children or a child, the perpetrators often use the technology against the children or child to make the victim feel vulnerable, defenseless, unprotected, self-doubting in not being able to protect his or her family.

## Chapter 88- Privacy
Code 1801- Video Voyeurism

In Electronic Torture the victims are watched continuously for the rest of the victims' life. The perpetrators put video cameras, RFID chips, IR sensors, electronic devices, or even electronic weaponry in the victim's home, vehicle, and anyplace the victim travels. The perpetrators use the technology in the victim's child or children's area of sleep, eat, play, and even bathe. The perpetrators can use this technology and broadcast it on the internet, persons phone, to a group or even a community. This is done without the victim's knowledge or consent.

## Chapter 103- Robbery and Burglary
Code 2111- Special Maritime and Territorial Jurisdiction
Code 2113- Bank Robbery and Incidental Crimes
Code 2114- Mail, Money, or other Property of United States
Code 2119- Motor Vehicles

Often perpetrators of organized stalking will break into the victim's vehicle, home, and even steal the victims mail. The perpetrators intentionally take small significant items of the victim and nothing of real value, so the victim either has to replace it because miniscule necessity and when the item is replaced often the perpetrators will return the item to make the victim aware that the perpetrators have access to the victim's home and is helpless and cannot do anything about it.  Local authorities will not open a case unless items of value were stolen out of a victim's home. If the victim files multiple complaints it makes the victim look

impractical. The perpetrators take the mail of the victim so the victim misses, work opportunities, destroy chances of school, doctor appointments, family events such as weddings, funerals, force the victims to lose government assistance programs, Medicare, disability, Insurance, or homes by not receiving the victim's notices in the mail.

### Chapter 109A- Sexual Abuse

Code 2241- Aggravated Sexual Abuse

Code 2242- Sexual Abuse

Code 2243- Sexual Abuse of a Minor or Ward

Code 2245- Offenses Resulting in Death

Electronic Torture groups and perpetrators use electronic devices, and non-lethal weaponry and electronic weapon systems to sexually assault the victim. The perpetrators harass the victim in the shower, in the victim's bed, home, vehicle and even work so the victim cannot escape. The perpetrators point the electronic weapons and non-lethal weapons at the victim's private areas to produce orgasms and intentional pain. This type of technology demoralizes, humiliates, desecrates, and violates the victims' rights. Since this technology leaves no scars and is not seen by the naked eye it is hard for the victim to prove to authorities without the proper investigation. This technology can also be used on the victim's children or child. Having knowledge to the victim that the perpetrators are victimizing his or her child or children and knowing the perpetrators will not stop unless the victim kills him or herself the victim will often take their own life so the abuse on the child or children will then stop. Often the perpetrators will not stop after the death of the victim and will continue to harass and torture the children.

### Chapter 110- Sexual Exploitation and other Abuse of Children

Code 2251-Sexual Exploitation of children

Code 2252-Certain Activities Relating to Material Involving Sexual Exploitation of Minors

Code 2252A Certain Activities Relating to Material Constituting or Containing Child Pornography

With the type of technology such as electronic weapons and devices the perpetrators use this technology against children. The perpetrators use it to exploit children in a malicious manner. The Perpetrators have

access to the children's home, school, and any place the child treasures. The perpetrators will sell, auction, or distribute photos and videos of the child for malicious intent, and publicize access on the Dark web and Red Room torture chambers.

## Chapter 110A- Domestic Violence and Stalking

Code 2261- Interstate Domestic Violence

Code 2261A- Stalking

Code 2263-Interstate Violation of Protection Order

With the new technology perpetrators can use this technology against the victim wherever the victim is located. Since it is done in an Organized manner the ex-husband or ex-wife can hire within the state jurisdiction or out of state jurisdiction. The perpetrators can hack into security systems or even hire a company or corporation to track cell phones, computers, tablets, or any electronic device that the victim possesses. The perpetrators can do this at any location and harass the victim without consent. The local authorities will not investigate unless the victim has the proper evidence of such acts. Unless the victim has that evidence, the local authorities will also not press charges on a perpetrator on a violation of protection orders unless an investigation is conducted.

## Chapter 113B- Terrorism

Code 2331- Definitions

Code 2332a- Use of Weapons of Mass Destruction

Code 2332b- Acts of Terrorism Transcending National Boundaries

Code-2332h-Radiological Dispersal Devices

Code 2332i- Acts of Nuclear Terrorism

Electronic Torture is a group or people who uses electronic weaponry, and electronic devices on the victim. As stated above in chapter 19 the perpetrators claim themselves to be perpetrators hired by the government, government agencies, government employees or government authorities that technique is used so the perpetrators can never be prosecuted, and the victim is terrified to even come forward. Just the assumption or accusation of the local enforcement not helping the victim causes the victim to feel a thought of

hopelessness, detestation towards the government system, and loathing for local officers. Perpetrators can use electronic weaponry and electronic devices to put those thoughts in a victim's head and plan terroristic acts upon the government and the community. This technology of electronic devices and electronic weaponry produce small amounts of radiation that the victim builds up and eventually produces cancer.

## Chapter 113c- Torture

Code 2340- Definitions

Code 2340A- Torture

Electronic Torture produces severe mental pain and suffering on the victim. The perpetrators intentionally inflict pain and threaten the victim's life by physical pain and suffering through electronic devices, electronic weaponry, and non-lethal weaponry. The administration and application of this weaponry renders mind altering behavior and alters the personality of the victim.

## Chapter 115- Treason, Sedition, and Subversive Activities

Code 2381- Treason

Code 2382- Misprision of Treason

Code 2382 Rebellion of Insurrection

Code 2384- Seditious Conspiracy

Code 2385- Advocating Overthrow of Government

Same as chapter 19 and 113b the perpetrators using electronic weaponry, electronic devices, and non-lethal weapons claim that they are hired by the government, government agencies, government employees or government authorities that technique is used so the perpetrators can never be prosecuted and the victim is terrified to even come forward. This act is treasonous against the United States of America. It puts uncertainty, blameworthiness, detestation, aggression, dysfunction in society, racism, loathing, and even violence towards the United States government. Since the victim's mind is altered to believe such acts the victim can be forced to behave in a manor that is unconstitutional or law abiding, since the victim will never get released from this Electronic Torture. Electronic devices, electronic weaponry, and non-lethal weapons can

23 | P a g e

be built by any group, person, company, or foreign military and used against the citizens of the United States and Nevada citizens.

**Chapter 118- War Crimes**

Code 2441-War Crimes

Code 2442- Recruitment or use of Child Soldiers

Electronic Torture is not just done by citizens of the United States. Electronic devices, electronic weaponry, non-lethal weaponry can be built by anyone anywhere. This type of technology can and has been used against government diplomats such as China and Cuba and against even our military. The perpetrators can use this technology and secret information without the governments knowledge and or consent. The perpetrators can use this technology on children and give the child orders to do such horrific acts against people and the Community, one example is school shootings

# ARTICLES/PDF FILES

- http://mil-embedded.com/zguest-blogs/defining-fifth-generation-warfare/ Defining Fifth Generation Warfare
- https://journal-neo.org/2017/11/26/world-chaos-diagnosis-acute-zionist-infestation/ World Chaos Diagnosis: Acute Zionist Infestation
- https://www.scribd.com/document/309637277/Wirac-9-11-Clinic-Trapped-in-a-Black-Box Wirac-9-11 Clinic Trapped in a Black Box
- https://www.dni.gov/nctc/jcat/jcat_ctguide/intel_guide.html Intelligence Guide For First Responders
- https://www.survivalschool.us/wp-content/uploads/2018/06/FM-34-37-Echelons-Above-Corps-EAC-Intelligence-and-Electronic-Warfare-IEW-Operations.pdf Echelons Above Corp (EAC) Intelligence and Electronic Warfare (IEW) Operations-(Reference https://www.hsdl.org/?abstract&did=437382)
- https://www.cia.gov/library/reports/archived-reports-1/Ann_Rpt_2002/swtandhs.html DCI Support on the War on Terrorism and Homeland Security
- https://www.globalresearch.ca/polls-u-s-is-the-greatest-threat-to-peace-in-the-world-today/5603342 Gallup Poll: US is #1 Threat to World Peace
- Department of Homeland Security. (2001, May 31). Operation OPSEC. In *Homeland Security Digital Library*. Retrieved from https://www.hsdl.org/?abstract&did=3102.   Operation Security (OPSEC)
- https://www.hsdl.org/?abstract&did=3102 Information Operations Air Force Doctrine Document 2-5

- Fields, R. D. (2018, February 16). "Sonic Weapon Attacks" on U.S. Embassy Don't Add Up—for Anyone. In *SCIENTIFIC AMERICAN*. Retrieved from https://www.scientificamerican.com/article/ldquo-sonic-weapon-attacks-rdquo-on-u-s-embassy-don-rsquo-t-add-up-mdash-for-anyone/.   Sonic Weapon Attacks on U.S. Embassy Don't Add Up- for Anyone
- https://www.cnn.com/2018/09/02/health/cuba-china-state-department-microwaves-sonic-attacks/index.html Microwaves suspected in 'sonic attacks' on US diplomats in Cuba and China Scientist say
- McLaughlin, E. C., & Labott, E. (2018, September 2). Microwaves suspected in 'sonic attacks' on US diplomats in Cuba and China, scientists say. In *CNN*. Retrieved from https://www.cnn.com/2018/09/02/health/cuba-china-state-department-microwaves-sonic-attacks/index.html. Microwave Weapons Are Prime Suspect in Ills of U.S. Embassy Workers
- https://nypost.com/2017/09/29/us-cuts-havana-embassy-staff-stops-issuing-visas-in-cuba/ US cuts embassy staff in Cuba after 'sonic attacks' on diplomats
- https://www.bbc.com/news/world-us-canada-41133855 US reveals details of recent 'sonic attack' on Cuba diplomats
- https://abcnews.go.com/US/sonic-harassment-caused-traumatic-brain-injury-hearing-loss/story?id=49571957 New 'sonic' attack reported in Cuba, 19 Americans now affected
- http://www.coha.org/wp-content/uploads/2017/09/Rolf-Sonic-Attacks-Cuba.pdf The Mystery of the "Sonic Attacks' on the U.S. and Canadian Diplomats in Cuba Part 1
- Trafton, A. (2013, July 25). Neuroscientists plant false memories in the brain. In *MIT News Office*. Retrieved from http://news.mit.edu/2013/neuroscientists-plant-false-memories-in-the-brain-0725.   Neuroscientists plant false memories in the brain
- Souza, G. R. (2015, October 31). An Analysis of the United States Cybersecurity Strategy. In *ACADEMIA*. Retrieved from https://www.academia.edu/20361777/An_Analysis_of_the_United_States_Cybersecurity_Strategy.  An analysis of the United States cybersecurity strategy
- https://www.cia.gov/library/center-for-the-study-of-intelligence/csi-publications/csi-studies/studies/vol48no4/new_face_of_war.html The New Face of War: How War Will Be Fought in the 21st Century
- Manual For Organized Gang Stalking Operations (n.d.). Retrieved from https://www.ozelburoistihbarat.com/Content/images/archieve/mk-ultra-project-manual-for-organized-gang-stalking-operations-psychological-656d7ca8-d00f-47d0-bdae-7e6941fdfa4b.pdf.  Manuel for Organized Gang Stalking
- https://www.wibw.com/home/headlines/Falling_birds_likely_died_from_massive_trauma_112868109.html Falling Birds Likely died From Massive Trauma
- Black, D. R., & Heynick, L. N. (2003). Radiofrequency (RF) Effects on Blood Cells, Cardiac, Endocrine, and Immunological Function. In *Bioelectro magnetics Supplement 6: S187 ^ S 195*. Retrieved from https://onlinelibrary.wiley.com/doi/epdf/10.1002/bem.10166.  Radio Frequency (RF) Effects on Blood Cells, Cardiac, Endocrine and Immunological Functions
- Jin, Y. B., Choi, H., Kim, B. C., Pack, J., Kim, N., & Lee, Y. (2012, December 13). Effects of simultaneous combined exposure to CDMA and WCDMA electromagnetic fields on serum hormone levels in rats. In *Journal Radiation Research*. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3650745/.

Effects of simultaneous combined exposure to CDMA and WCDMA electromagnetic fields on serum hormone levels of rats

- https://www.cia.gov/library/readingroom/docs/CIA-RDP96-00792R000600450005-8.pdf Approved for Release 2000/08/09: CIA-RDP96-00792R000600450005-8 Unclassified
- https://obamawhitehouse.archives.gov/blog/2013/04/02/brain-initiative-challenges-researchers-unlock-mysteries-human-mind Brain Initiative Challenges Researchers to Unlock Mysteries of Human Mind
- Thomas, T. L. (1999, September 1). Human Network Attacks. In *FOREIGN MILITARY STUDIES OFFICE*. Retrieved from https://community.apan.org/wg/tradoc-g2/fmso/m/fmso-monographs/237623.   Human Network Attacks  (other reference) https://www.questia.com/library/journal/1P3-46888636/human-network-attacks
- https://www.nbcnews.com/news/us-news/accused-white-house-fence-jumper-dominic-adesanya-shouts-court-n234956 Accused White House Fence-Jumper Dominic Adesanya Shouts in Court.
- Cuthbertson, A. (2017, November 8). Artificial Intelligence Could Hijack Brain-Computer Interfaces and Take Control of Our Minds. In *Newsweek Tech and Science*. Retrieved from https://www.newsweek.com/artificial-intelligence-hijack-brain-computer-interface-control-decisions-ai-705511.
- Artificial Intelligence Could Hijack Brain-Computer Interfaces and Take Control of our Minds
- Cuthbertson, A. (2017). Elon Musk Launches Neuralink Startup to Connect Your Brain to the Internet. In *Newsweek Tech and Science*. Retrieved from https://www.newsweek.com/elon-musk-neuralink-startup-brains-ai-neural-lace-575078.  Elon Musk Launches Neuralink Startup To Connect Your Brian to the Internet
- Nield, D. (2018, October 2). Scientists Have Connected The Brains of 3 People, Enabling Them to Share Thoughts . Retrieved from https://www.sciencealert.com/brain-to-brain-mind-connection-lets-three-people-share-thoughts.  Scientist Have Connected the Brains of 3 People, Enabling Them to Share Thoughts
- Weinberger, S. (2007, January 14). Mind Games New on the Internet: a community of people who believe the government is beaming voices into their minds. They may be crazy, but the Pentagon has pursued a weapon that can do just that. . In *The Washington Post*. Retrieved from https://www.washingtonpost.com/archive/lifestyle/magazine/2007/01/14/mind-games-span-classbankheadnew-on-the-internet-a-community-of-people-who-believe-the-government-is-beaming-voices-into-their-mind.  Mind Games New on the Internet: A Community of People who Believe the Government is Beaming Voices their Minds. They may be Crazy, but the Pentagon had Pursued a Weapon the can do just that
- https://apps.dtic.mil/dtic/tr/fulltext/u2/a034236.pdf The One Human Problem, Its Solution, and Its Relation to UFO Phenomena-UFO_ADA034236.pdf
- https://www.thedrive.com/the-war-zone/13441/american-diplomats-in-cuba-have-fallen-ill-from-mysterious-sonic-attacks American Diplomats in Cuba Have Fallen Ill from Mysterious Sonic Attacks
- https://globalnews.ca/news/3956401/eight-canadians-sickened-in-mysterious-cuba-attacks-rcmp-leading-investigation/ Eight Canadians sickened in mysterious Cuba incidents, RCMP leading investigation

- Rahhal, N. (2017, December 6). Former NSA spy believes he contracted Parkinson's from a microwave attack. In *Daily Mail*. Retrieved from https://www.dailymail.co.uk/health/article-5153943/Ex-NSA-spy-believes-microwave-attack-gave-Parkinsons.html.   Former NSA Spy Believes he Contracted Parkinson's from a Microwave Attack

- https://www.cbsnews.com/news/christopher-chaney-so-called-hollywood-hacker-gets-10-years-for-posting-celebrities-personal-photos-online/Christopher Chaney, so-called Hollywood Hacker, gets 10 years for Posting Celebrities' Personal Photos Online

- https://www.csoonline.com/article/3230292/feds-nab-tech-savvy-cyberstalker-with-help-from-vpn-provider.html Feds Nab Tech-Savvy Cyberstalked with help from VPN Provider

- FBI. (n.d.). Civil Rights. In *What We Investigate*. Retrieved from https://www.fbi.gov/investigate/civil-rights.  Civil Rights

- NewsTV Shows Brainwashed: The Secret CIA Experiments In Canada 2 years ago News 0:35 45:12 > Brainwashed: The Secret CIA Experiments In Canada. (2017). In *CBC News*. Retrieved from https://www.cbc.ca/player/play/1117719107906.   Brainwashed: The Secret CIA Experiments in Canada

- Loos, K. (2018, March 15). Maryland Lawmaker Takes Aim at Mandatory Microchipping. In *gt*. Retrieved from https://www.govtech.com/policy/Maryland-Lawmaker-Takes-Aim-at-Mandatory-Microchipping.html. Maryland Law maker takes Aim at Mandatory Microchipping

- Inside Science. (2013, May 2). "Superpower" Chip Enables Smartphones To See Through Walls. In *You Tube*. Retrieved from https://www.youtube.com/watch?v=rP0QghW4b4U&features=share.  "Superpower" Chip enables Smartphones To See Through Walls

- Suggs, E. (2010, February 4). Senate bans forced microchip implants. In *AJC*. Retrieved from https://www.ajc.com/news/local-govt--politics/senate-bans-forced-microchip-implants/FXftBnboGBnHIpGmrfQEMM/.  Senate Bans Forced Microchip Implants

- Hacking the Mind Just Got Easier With These New Tools (2019, March 20). In *TRANSTECH LAB*. Retrieved from https://transtechlab.org/hacking-the-mind-just-got-easier-with-these-new-tools/.  Hacking the Mind Just Got Easier With These New Tools

- Nonlethal weapons touted for use on citizens (2006, September 12). In *NBC News*. Retrieved from http://www.nbcnews.com/id/14806772/ns/us_news-security/t/nonlethal-weapons-touted-use-citizens/#.XouxhSP8C02. Nonlethal weapons touted for use on citizens

- https://www.msn.com/es-es/recetas/video/finally-admitted-new-tech-can-beam-voices-directly-into-your-head/vi-BBUjkRG Nonlethal weapons touted for use on citizens (2006, September 12). In *NBC News*. Retrieved from http://www.nbcnews.com/id/14806772/ns/us_news-security/t/nonlethal-weapons-touted-use-citizens/#.XouxhSP8C02

- http://www.jobsgalore.com/jobs?w=gangstalking&l=florida gang stalking/stalking Jobs $24-$45hr apply in seconds

- https://www.nefariousjobsmain.com/Nefarious Jobs

- Houser, K. (2019, January 25). MIT Used a Laser to Transmit Audio Directly Into a Person's Ear. In *the_byte*. Retrieved from https://futurism.com/the-byte/laser-beam-speech-mit     MIT Used A Laser to Transmit Audio Directly into a Persons Ear+
- Foy, K. (2019, November 4). A laser can deliver messages directly to your ear from across the room . In *MIT Lincoln Laboratory*. Retrieved from https://www.ll.mit.edu/news/laser-can-deliver-messages-directly-your-ear-across-room.  A Laser can Deliver Messages Directly to your Ear from Across the Room
- Stocklin, P. L., & Stocklin, B. F. (1979). Possible microwave mechanisms of the mammalian nervous system. In *Pub Med.gov*. Retrieved from https://www.ncbi.nlm.nih.gov/pubmed/545749.  Possible microwave mechanisms of the mammalian nervous system
- OSA. (2019, January 23). New Technology Uses Lasers to Transmit Audible Messages to Specific People. In *The Optical Society* . Retrieved from https://www.osa.org/en-us/about_osa/newsroom/news_releases/2019/new_technology_uses_lasers_to_transmit_audible_mes/.  New Technology Uses Lasers to Transmit Audible Messages to Specific People
- https://www.osa.org/en-us/about_osa/newsroom/news_releases/2019/ghost_imaging_speeds_up_super-resolution_microscop/ Ghost Imaging Speeds Up Super Resolution Microscopy
- Pawlyk, O. (2019, September 4). Pentagon Halts Work on Directed-Energy Beam to Stop Enemy Missiles . In *Military.com*. Retrieved from https://www.military.com/daily-news/2019/09/04/pentagon-halts-work-directed-energy-beam-stop-enemy-missiles.html.  Pentagon Halts Work on Directed-Energy Beam to Stop Enemy Missiles
- Werner, B. (2019, September 5). Pentagon Shifts Focus on Directed Energy Weapons Technology. In *USNI News*. Retrieved from https://news.usni.org/2019/09/05/pentagon-shifts-focus-on-directed-energy-weapons-technology.  Pentagon Shifts Focus on Directed Energy Weapons Technology
- Hambling, D. (2008, July 3). Microwave ray gun controls crowds with noise. In *New Scientist*. Retrieved from https://www.newscientist.com/article/dn14250-microwave-ray-gun-controls-crowds-with-noise.  Microwave Ray Gun Controls Crowds with Noise
- Mysterious waves have been pulsing across Oklahoma (n.d.). Retrieved from https://www.nationalgeographic.com/science/2019/09/strange-waves-rattled-entire-state-scientists-know-why/.  Mysterious waves have been pulsing across Oklahoma

# VIDEOS

- https://youtu.be/jA4jv8lPz38   License to Kill: Government Authorizes Drone Strikes on U.S. Citizens (ABC News)
- https://youtu.be/KigJOMfHZCk Civilian National Security Force
- https://youtu.be/P7_DLIqfu3M U.S. diplomat in Cuba diagnosed with brain injuries
- https://youtu.be/HcI7yYK_6Z8 AP obtains audio of Cuba sonic attack

- https://youtu.be/YBdFM8AuHk8 Is an invisible weapon targeting U.S. diplomats?

- https://youtu.be/0GsrOLq3qig Mystery illness hits U.S. diplomats in China

- https://youtu.be/8XqGssH3GkE "60 Minutes" speaks with survivor of mysterious health attack in China

- https://youtu.be/hDhorevDVzg U.S. diplomats in China and Cuba showing similar symptoms

- https://youtu.be/Su0uc5UvLvg Microwave suspected in attack on US diplomats in Cuba and China

- https://youtu.be/rFaFeUJW-HA  Dominic Adesanya, White House fence jumper, set to be in court Tuesday

- https://www.cbc.ca/news/fifth/brainwashed-the-secret-cia-experiments-in-canada-1.4451967 Brainwashed: The Secret Cia Experiments in Canada

- SOFWERX J5 Donovan Group Radical Speaker Series: Neuroweapons (2018, September 20). In *SOF-WERX*. Retrieved from https://www.youtube.com/watch?v=g3dS74TUHEI&feature=youtu.be.   SOFWERX J5 Donovan Group Radical Speaker Series: Neuroweapons

- https://www.youtube.com/watch?v=7T8w4-mXpxQ Remotely Operated LRAD Systems video

- https://video.search.yahoo.com/yhs/search?fr=yhs-iba-1&hsimp=yhs-1&hspart=iba&p=whispering+at+long+distance+and+directional+audio+you+tube#id=1&vid=2d7f11fd7854b4c704453b27a58a7e09&action=click Whispering at Long Distance and directional audio

# PATENTS

- https://patents.google.com/patent/US5448501A/en?oq=US5448501+Electronic+Life+Detection+System+%E2%80%A6%2c+1995  Electronic life detection system

- Lowrey III, A. (1998). Apparatus and method of broadcasting audible sound using ultrasonic sound as a carrier . In *Google Patents US 6052336A*. Retrieved from https://patents.google.com/patent/US6052336A/en?oq=US6052336+Apparatus+and+Method+Of+Broadcasting+Audible+Sound+Using+Ultrasonic+Sound+As+A+Carrier%2c+%C2%A0Lowery+2000.   Apparatus and method to broadcasting audible sound using ultra sonic sound as a carrier

- https://patents.google.com/patent/US5507291A/en?oq=5507291+Method+and+an+Associated+Apparatus+for+Remotely+Determining+Information+as+to+Person%27s+Emotional+State method and an associated apparatus for remotely determining information as to person's emotional state

- Loos, H. G. (1997). Subliminal acoustic manipulation of nervous systems. In *Google Patents: US6017302A*. Retrieved from https://patents.google.com/patent/US6017302A/en?oq=6%2c017%2c302+. Subliminal acoustic manipulation of nervous system

- https://patents.google.com/patent/US6506148B2/en Nervous system manipulation by electromagnetic fields from monitors

- Karell, M. L. (2000). Method and apparatus for treating auditory hallucinations . In *Google Patents US6430443B1*. Retrieved from https://patents.google.com/patent/US6430443B1/en.   Method and apparatus for treating auditory hallucinations

- Meadows, P. M., & Mann, C. M. (2001). Deep brain stimulation system for the treatment of Parkinson's Disease or other disorders . In *Google Patents US6920359B2*. Retrieved from https://patents.google.com/patent/US6920359B2/en.  Deep brain stimulation system for the treatment of Parkinson's Disease or other disorders

- Sundstrom, M. (2008). Retrieving mental images of faces from the human brain . In *Google Patents US8989854B2*. Retrieved from https://patents.google.com/patent/US8989854B2/en.  Retrieving mental images of faces from the human brain

- Loos, H. G. (1995). Thermal excitation of sensory resonances . In *Google Patents US5800481A* . Retrieved from https://patents.google.com/patent/US5800481A/en.  Thermal excitation of sensory resonances

- Rose, J. E. (1996). Behavior modification . In *Google Patents US6258022B1*. Retrieved from https://patents.google.com/patent/US6258022B1/en.  Behavioral modifications

- Rose, C. (2000). Method for reducing geometrical dilution of precision in geolocation of emitters using phase circles . In *Google Patents US6285319B1*. Retrieved from https://patents.google.com/patent/US6285319B1/en.   Method for reducing geometrical dilution of precision in geolocation of emitters using phase circles

- Malech, R. G. (1974). Apparatus and method for remotely monitoring and altering brain waves . In *Google Patents US3951134A*. Retrieved from https://patents.google.com/patent/US3951134A/en?oq=US3951134+Apparatus+and+Method+for+Remotely+Monitoring+and+Altering+Brain+Waves%2c+%C2%A0R.G.+Malech+1976.   Apparatus and method for remotely monitoring and altering brain waves

- https://patents.google.com/patent/US6542077B2/en?q=microwave%2bhearing%2bremote%2bsystem&q=Motor+Vehicle&q=Steering&q=System&oq=microwave%2bhearing%2bremote%2bsystem++Motor+Vehicle+Steering+System Monitoring apparatus for a vehicle and/or a premises

- Bachelder, P. W., Moyer, A., Cerutti, A. C., & Bowers, R. E. (2006). Remote video surveillance, observation, monitoring and confirming sensor system . In *Google Patents US20070291115A1*. Retrieved from https://patents.google.com/patent/US20070291115A1/en?q=Remote&q=Video+Surveillance%2c&q=Observation%2c&q=Monitoring&q=Confirming&q=Sensor&q=System&oq=Remote+Video+Surveillance%2c+Observation%2c+Monito. Remote video surveillance, observation, monitoring and confirming sensor system

- Rowan, L. (1987). Interactive transector device commercial and military grade . In *Google Patents US4893815A*. Retrieved from https://patents.google.com/patent/US4893815A/en?oq=US4893815+Interactive+Transector+Device+%C2%A0(locking+onto+and+tracking+of+human+targets)%2c+%C2%A0L.Rowan%2c+1990. Interactive transvector device commercial and military grade

- Kim, B. (2006). Method and apparatus for providing broadcasting content in UPNP network . In *Google Patents EP1819101A1*. Retrieved from https://patents.google.com/patent/EP1819101A1/en?q=Method&q=Apparatus&q=Providing&q=Broadcasting&q=Content&q=UPNP&q=Network&oq=Method+and+Apparatus+for+Providing+Broadcasting+Content+in+UPNP++Network+. Method and apparatus for providing broadcasting content in UPNP network

- Gudell, M. N., Smith, M. C., Balma, M., & Cukier, J. (2015). Wireless network interconnection . In *Google Patents US9549429B1* . Retrieved from https://patents.google.com/patent/US9549429B1/en. Wireless network interconnection

- Son, K. S., & Yook, H. (2005). Method and servers for managing address information of SIP sessions . In *Google Patents EP1718029A1*. Retrieved from https://patents.google.com/patent/EP1718029A1/en?q=Method&q=Servers&q=Managing&q=Address&q=Information&q=SIP+Sessions&oq=Method+and+Servers+for+Managing+Address+Information+of+SIP+Sessions. Method and servers for managing address information of SIP sessions

- Brown, K. W., Canich, D. J., & Berg, R. F. (2005). Multifunctional radio frequency directed energy system . In *Google Patents US7629918B2*. Retrieved from https://patents.google.com/pa-

tent/US7629918B2/en?q=Multifunctional&q=Radio+Frequency&q=Directed&q=Energy&q=System&oq=Multifunctional+Radio+Frequency+Directed+Energy+System. Multifunctional radio frequency directed energy system

- Kearby, G., Modeste, A., Levine, E., & Greenleaf, W. (2004). Audiological treatment system and methods of using the same. In *Google Patents US20050192514A1*. Retrieved from https://patents.google.com/patent/US20050192514A1/en?q=Audiological&q=Treatment&q=System&q=Methods&q=Same&oq=Audiological+Treatment+System+and+the+Methods+of+using+the+Same.  Audiological treatment system and the methods of using the same

- Build your own microwave Voice to Skull (V2K) device with these schematics? (n.d.). In *Reddit*. Retrieved from https://www.reddit.com/r/conspiracy/comments/4ovf5k/build_your_own_microwave_voice_to_skull_v2k/. Build your own microwave Voice to Skull (V2K) device with these schematics

- Stocklin, P. L. (1983). Hearing device . In *Google Patents US4858612A*. Retrieved from https://patents.google.com/patent/US4858612A/en?oq=US4858612+Hearing+Device+(via+microwave+energy)%2c+%C2%A0Philip+Stocklin+1989.  Hearing device

- Lowery, O. M. (1989). Silent subliminal presentation system . In *Google Patents US5159703A* . Retrieved from https://patents.google.com/patent/US5159703A/en?oq=US5159703+Silent+Subliminal+Presentation+System+(aka%2c+silent+sound)+%C2%A0+Oliver+Lowry+1992%C2%A0. Silent Subliminal Presentation System

- Brunkan, W. B. (1988). Hearing System. In *Google Patents US4877027A*. Retrieved from https://patents.google.com/patent/US4877027A/en?oq=US4877027+Hearing+System+(aka%2c+microwave+hearing)+%C2%A0Wayne+Brunkan+1989%C2%A0.          Hearing system

- Flanders, A. E. (1967). Psycho-acoustic projector . In *Google Patents US3566347A* . Retrieved from https://patents.google.com/patent/US3566347A/en?oq=+US3566347+Psycho-Acoustic+Projector+(aka%2c+electronic+confusion)%2c+%C2%A0Andrew+Flanders+1971.          Psycho-acoustic projector

- Van Dick, R. C. (1995). Method and apparatus for reducing physiological stress. In *Google Patents US5562597A* . Retrieved from https://patents.google.com/patent/US5562597A/en?oq=+US5562597+Method+and+Apparatus+for+Reducing+Physiological+Stress%2c+%C2%A0Robert+Van+Dick+1996%C2%A0.  Method and apparatus for reducing Physiological stress

- Gall, J. (1991). Method and system for altering consciousness . In *Google Patents US5123899A* . Retrieved from https://patents.google.com/patent/US5123899A/en?oq=+US5123899+Method+and+System+for+Altering+Consciousness%2c+%C2%A0James+Gall+1992+%C2%A0.    Method and system for altering consciousness (1992)

- Sweet, R. L. (1990). Subliminal message generator. In *Google Patents US5270800A* . Retrieved from https://patents.google.com/patent/US5270800A/en?oq=US5270800+Subliminal+Message+Generator%2c+%C2%A0Robert+Sweet+1993%C2%A0.        Subliminal message generator

- Wilson, J. (1989). Superimposing method and apparatus useful for subliminal messages . In *Google Patents US5134484A*. Retrieved from https://patents.google.com/patent/US5134484A/en?oq=US5134484+Superimposing+Method+and+Apparatus+Useful+for+Subliminal+Messages%2c+%C2%A0Joseph+Wilson+1. Superimposing method and apparatus useful for subliminal messages

- Densky, A. B. (1986). Method of changing a person's behavior . In *Google Patents US4717343A* . Retrieved from https://patents.google.com/patent/US4717343A/en?oq=+US4717343+Method+of+Changing+a+Person%27s+Behaviour%2c+%C2%A0Alan+Densky+1988+%C2%A0.   Method of changing a person's behavior

- Lundy, R. R., & Tyler, D. L. (1980). Auditory subliminal message system and method . In *Google Patents US4395600A*. Retrieved from https://patents.google.com/patent/US4395600A/en?oq=+US4395600+Auditory+Subliminal+Message+System+and+Method%2c+%C2%A0Rene+Lundy+and+David+Tyler+1983.        Auditory subliminal message system and method

- Schultz, R. M., & Dolejs, R. (1987). Auditory subliminal programming system. In *Google Patents US4777529A*. Retrieved from https://patents.google.com/patent/US4777529A/en?oq=+US4777529+Auditory+Subliminal+Programming+System%2c+%C2%A0Richard+Schultz+and+Raymond+Dolejs+1988. Auditory subliminal programming system

- MacLeod, N. (1987). Non-audible speech generation method and apparatus . In *Google Patents US4821326A*. Retrieved from https://patents.google.com/patent/US4821326A/en?oq=+US4821326+Non-Audible+Speech+Generation+Method+and+Apparatus%2c+%C2%A0Norman+MacLeod+1989+%C2%A0.    Non-audible speech generation method and apparatus

- Meland, B. C., Gindes, B. C., & Gindes, H. (1978). Apparatus for electrophysiological stimulation . In *Google Patents US4227516A* . Retrieved from https://patents.google.com/patent/US4227516A/en?oq=+US4227516+Apparatus+for+Electrophysiological+Stimulation%2c+%C2%A0Bruce+Meland+and+Bernard+Gindes+%C2%A01980%C2%A0.  Bottom of Form  Apparatus for electrophysiological stimulation

- Davis, M. E. (1992). Method and recording for producing sounds and messages to achieve Alpha and Theta brainwave states and positive emotional states in humans . In *Google Patents US5352181A*. Retrieved from https://patents.google.com/patent/US5352181A/en?oq=+US5352181+Method+and+Recording+for+Producing+Sounds+and+Messages+to+Achieve+Alpha+and+Theta+Brainwave+States...%2c+%C2%A0Mark+Davis+1994%C2%A0. Method and recording for producing sounds and messages to achieve Alpha and Theta brainwave states and positive emotional states in humans

- Gorges, D. E. (1979). Learning-relaxation device . In *Google Patents*. Retrieved from https://patents.google.com/patent/US4315502A/en?oq=+US4315502+Learning-Relaxation+Device%2c+%C2%A0Denis+Georges+1982%C2%A0. Learning-relaxation device

- Katims, J. J. (1981). Method and apparatus for transcutaneous electrical stimulation . In *Google Patents US4503863A*. Retrieved from https://patents.google.com/patent/US4503863A/en?oq=+US4503863+Method+and+Apparatus+for+Transcutaneous+Electrical+Stimulation%2c+%C2%A0Jefferson+Katims+1985%C2%A0.  Method and apparatus for transcutaneous electrical stimulation

- Monroe, R. A. (n.d.). Method of and apparatus for inducing desired states of consciousness . In *Google Patents US5356368A*. Retrieved from https://patents.google.com/patent/US5356368A/en?oq=+US5356368+Method+of+and+Apparatus+for+Inducing+Desired+States+of+Consciousness%2c+%C2%A0Robert+Monroe+1.         Method of and apparatus for inducing desire states of consciousness

- Monroe, R. A. (1990). Method of inducing mental, emotional and physical states of consciousness, including specific mental activity, in human beings . In *Google Patents US5213562A*. Retrieved from https://patents.google.com/patent/US5213562A/en?oq=+US5213562+Method+of+Inducing+Mental%2c+Emotional+and+Physical+States+of+Consciousness...%2c+%C2%A0Robert+Monro.  Method of inducing mental, emotional and physical states of consciousness, including specific mental activity, in human beings

- Williamson, J. D. (1980). Device for the induction of specific brain wave patterns . In *Google Patents US4335710A* . Retrieved from https://patents.google.com/patent/US4335710A/en?oq=+US4335710+Device+for+the+Induction+of+Specific+Brain+Wave+Patterns%2c+%C2%A0John+Williamson+1982.%C2%A0.      Device for the induction of specific brain wave patterns

- Nagle, W. L. (1978). Method and apparatus for repetitively producing a noise-like audible signal . In *Google Patents US4191175A*. Retrieved from https://patents.google.com/patent/US4191175A/en?oq=+US4191175+Method+and+Apparatus+for+Repetitively+Producing+a+Noise-Like+Audible+Signal%2c+%C2%A0William+Nagle+1980.      Method and apparatus for repetitively producing a noise-like audible signal

- Rauscher, E. A., & Van Bise, W. L. (1987). Non-invasive method and apparatus for modulating brain signals through an external magnetic or electric field to reduce pain . In *Google Patents US4889526A*. Retrieved from https://patents.google.com/patent/US4889526A/en?oq=+US4889526+Non-Invasive+Method+and+Apparatus+for+Modulating+Brain+Signals+%E2%80%A6%2c+%C2%A0Elizabeth+Rausche. Non-invasive method and apparatus for modulating brain signals through an external magnetic or electric field to reduce pain

- Patrick, F. G. (1962). Nervous system excitation device . In *Google Patents US3393279A*. Retrieved from https://patents.google.com/patent/US3393279A/en?oq=+US3393279+Nervous+System+Excitation+Device%2c+%C2%A0Gills+Patrick+Flanagan+%C2%A01968.    Nervous system excitation device

- Flanagan, G. P. (1968). Method and system for simplifying speech waveforms . In *Google Patents US3647970A*. Retrieved from https://patents.google.com/patent/US3647970A/en?oq=+US3647970+Method+and+System+for+Simplifying+Speech+Waveforms%2c+%C2%A0G.Patrick+Flanagan+1972%C2%A0.      Method and system for simplifying speech waveforms

- Puharich, H. K., & Lawrence, J. L. (1962 ). Means for aiding hearing by electrical stimulation of the facial nerve system . In *Google Patents US3170993A* . Retrieved from https://patents.google.com/patent/US3170993A/en?oq=US3170993+Means+for+Aiding+Hearing+by+Electrical+Stimulation+of+the+Facial+Nerve+System%2c+%C2%A0Henry+Puha.      Means for aiding hearing by electrical stimulation of the facial nerve system

- Kiyuna, T., Tanigawa, T., & Yamazaki, T. (1995). System and method for predicting internal condition of live body . In *Google Patents US5785653A*. Retrieved from https://patents.google.com/patent/US5785653A/en?oq=US5785653+System+and+Method+for+Predicting+Internal+Condition+of+Live+Body+(aka%2c+remotely+scanning+a+targets+internal+organ+condition)%2c+%C2%A0Kiy.    System and method for predicting internal condition of live body

- Fullerton, L. W., & Richards, J. L. (1999). System and method for intrusion detection using a time domain radar array . In *Google Patents US6400307B2*. Retrieved from https://patents.google.com/patent/US6400307B2/en?oq=US+6400307+System+and+Method+for+Intrusion+Detection+Using+a+Time+Domain+Radar+Array%2c+%C2%A0L.W+Fullerton+et+al.    System and method for intrusion detection using a time domain radar array

- https://patents.google.com/patent/US20110125063A1/en?q=BEHAVIOR+MODIFICATION+%26+ELECTRONIC+SOUND+AND+VOICE+TRANSMISSION:&oq=BEHAVIOR+MODIFICATION+%26+ELECTRONIC+SOUND+AND+VOICE+TRANSMISSION: Systems and Methods for Monitoring and Modifying Behavior

- Shalon, T., & Shalon, T. (2005). Systems and Methods for Monitoring and Modifying Behavior . In *Google Patents US20110125063A1*. Retrieved from https://patents.google.com/patent/US20110125063A1/en?q=BEHAVIOR+MODIFICATION+%26+ELECTRONIC+SOUND+AND+VOICE+TRANSMISSION:&oq=BEHAVIOR+MODIFICATION+%26+ELECTRONIC+SOUND+AND+VOICE+TRANSMISSION:.  Method for electroencephalographic Information detection

- Carlin, R. L. (1956). Hypnotic inducer . In *Google Patents US3014477A*. Retrieved from https://patents.google.com/patent/US3014477A/en?oq=US3014477+Hypnotic+Inducer%2c+%C2%A0Carlin+%C2%A01961. Hypnotic inducer

- Corrigan, R. E., & Becker, H. C. (1958). Apparatus for producing visual stimulation . In *Google Patents* . Retrieved from https://patents.google.com/patent/US3060795A/en?oq=US3060795+Apparatus+For+Producing+Visual+Stimulation%2c+%C2%A0Corrigan+et+al.+%C2%A01962.  Apparatus for producing visual stimulation

- Puharich, H. K., & Lawrence, J. L. (1967). Method and apparatus for improving neural performance in human subjects by electrotherapy . In *Google Patents US3563246A* . Retrieved from https://pa-

tents.google.com/patent/US3563246A/en?oq=US3563246+Method+and+Apparatus+For+Improving+Neural+Performance+In+Human+Subjects+By+Electrotherapy%2c+. Method and apparatus for improving neural performance in human subjects by electrotherapy

- Zentmeyer, J. (1971). Method and apparatus for producing swept frequency-modulated audio signal patterns for inducing sleep . In *Google Patents US3712292A*. Retrieved from https://patents.google.com/patent/US3712292A/en?oq=US3712292+Method+Of+and+Apparatus+For+Producing+Swept+Frequency+Modulated+Audio+Signal+Patterns+For+Inducing+Sleep%2c+%C2%A0Zentmayer%2c+Jr.+1973. Method and apparatus for producing swept frequency-modulated audio signal patterns for inducing sleep

- Akerman, M. A., Ayers, C. W., & Haynes, H. D. (1994). Ultrasonic speech translator and communications system . In *Google Patents US5539705A*. Retrieved from https://patents.google.com/patent/US5539705A/en?oq=+US5539705+Ultrasonic+Speech+Translator+and+Communication+System%2c+%C2%A0M.A.Akerman%2c+Curtis+Ayers%2c+Howard+Hayne. Ultrasonic speech translator and communications system

- Monroe, R. A. (1970). Method of inducing and maintaining various stages of sleep in the human being . In *Google Patents US3884218A*. Retrieved from https://patents.google.com/patent/US3884218A/en?oq=US3884218+Method+of+Inducing+and+Maintaining+Stages+Of+Sleep+in+the+Human+Being%2c+%C2%A0Monroe+1975. Method of inducing and maintaining various stages of sleep in the human being.

- Norris, E. G. (1996). Acoustic heterodyne device and method . In *Google Patents* . Retrieved from https://patents.google.com/patent/US5889870A/en?oq=US5889870+Acoustic+Heterodyne+Device+and+Method%2c+%C2%A0Norris+1999. Acoustic heterodyne device and method

- O'Loughlin, J. P., & Loree, D. L. (1996). Method and device for implementing the radio frequency hearing effect . In *Google Patents* . Retrieved from https://patents.google.com/patent/US6470214B1/en?oq=US6470214+Method+and+device+For+Implementing+The+Radio+Frequency+Hearing+Effect%2c+%C2%A0O%E2%80%99Loughlin%2fLoree+200. Method and device for implementing the radio frequency hearing effect

- O'Loughlin, J. P., & Loree, D. L. (1996). Apparatus for audibly communicating speech using the radio frequency hearing effect . In *Google Patents US6587729B2*. Retrieved from https://patents.google.com/pa-

tent/US6587729B2/en?oq=US6587729+Apparatus+For+Audibly+Communicating+Speech+Using+The+Radio+Frequency+Hearing+Effect%2c+%C2%A0O%E2%80%99Loughlin%2fLoree+2003. Apparatus for audibly communication speech using the radio frequency hearing effect

- Prokoski, F. J. (2002). Method and apparatus for operator condition monitoring and assessment . In *Google Patents US7027621B1*. Retrieved from https://patents.google.com/patent/US7027621B1/en?q=Method&q=Associated&q=Apparatus&q=Remotely&q=Determining&q=Information&q=Person%27s&q=Emotional&q=State&oq=Method+and+an+Associated+Apparatus+for+Rem. Method and apparatus for operator condition monitoring and assessment

- Apparatus and method for high-speed marker-free motion capture (2002). In *Google Patents KR100507780B1*. Retrieved from https://patents.google.com/patent/KR100507780B1/en?q=speed&q=marker&oq=speed+marker. Apparatus and method for high-speed marker-free motion capture

- https://patents.google.com/patent/EP0741269B1/en?q=air&q=machine&oq=air+machine Air conditioning method in machine room having forced air-cooling equipment houses therein.

- Masaki, K. (1984). Apparatus for inducing frequency reduction in brain wave . In *Google Patents US4834701A*. Retrieved from https://patents.google.com/patent/US4834701A/en?oq=US4834701+Apparatus+For+Inducing+Frequency+Reduction+In+Brain+Wave%2c+%C2%A0Masaki+1989. Apparatus for inducing frequency reduction in brain wave

# CHARTS, GRAPHS, STATISTICAL STUDIES, SURVEYS AND FREQUENCIES HARMFUL TO BODIES

- https://www.census.gov/prod/2011pubs/12statab/law.pdf statistical abstract of the united states 2012

- http://www.scantech7.com/wp-content/uploads/2015/01/RF-EMF-Safety-Levels-Comparative-Guide-REV-A.pdf EMF Levels & Safety

- https://alphabiocentrix.com/learningcenter/the-frequency-of-the-human-body/ The Frequency of the Human Body.

- https://www.fcc.gov/engineering-technology/electromagnetic-compatibility-division/radio-frequency-safety/faq/rf-safety Frequently asked questions about the safety of radiofrequency (RF) and microwave

- emissions from transmitters and facilities regulated by the FCC
- https://transition.fcc.gov/oet/spectrum/table/fcctable.pdf FCC Online Table of Frequency Allocations
- http://www.arrl.org/files/file/Regulatory/Band%20Chart/Band%20Chart%20-%2011X17%20Color.pdf
- US Amateur Radio Bands
- https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2203969/ Effects of whole body exposure to extremely low frequency electromagnetic fields (ELF-EMF) on serum and liver lipid levels, in the rat
- https://www.ncjrs.gov/pdffiles1/nij/grants/230530.pdf A quantitative and Qualitative Assessment on
- Electronic Monitoring
- http://www.highfrequencyhealing.org/EmotionsFrequencyScale.jpg emotions caused by radio frequency Levels
- http://www.bnoack.com/graphics/frequenzbereiche01_en.jpg graph of voices and vocals
- http://amybscher.com/top-10-most-common-trapped-negative-emotions/ energetic frequencies
- http://www.envirohealthtech.com/emfdevice.htm emf devices
- https://s16164.pcdn.co/wp-content/uploads/2015/02/electromagnetic-radiation-in-home.png
- TECHNOLOGIES IN THE ELECTROMANGETIC SPECTRUM
- http://3.bp.blog-spot.com/7NMVjKqZrW8/VhE5rgmnnRI/AAAAAAAABoI/2O5DaHnP6yg/s1600/%2528%2528%2528%2528%2528o0oOoO0o%2529%2529%2529%2529%2529AaaKaGDATIDABBSBKWJUcCcADW-MAASBBG01AASBFTJSCJCBC-CIES00001LS%2528%2528%2528%2528%2528o0oOoO0o%2529%2529%2529%2529%2529..jpg silent sound
- http://www.monitoringtimes.com/html/mtMilVHF.html The Military VHF/UHF Spectrum
- https://www.ntia.doc.gov/files/ntia/publications/dod_strategic_spectrum_plan_nov2007.pdf Department of Defense (DoD) Strategic Spectrum Plan
- https://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/techops/safety_ops_sup-port/spec_management/engineering_office/rfb.cfm Spectrum Engineering & Policy-Radio Frequency Bands Supporting Aviation

- https://armypubs.army.mil/epubs/DR_pubs/DR_a/pdf/web/r5_12.pdf  Army Use of Electromagnetic Spectrum

# AUDIO EVIDENCE

Contact Amy Holem owner of Aimee's Audios Subliminal Acoustic Fingerprinting L.L.C. (815) 307-4619

aimeesaudios@protonmail.com